IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOISE JEROME : CIVIL ACTION
:
v. :
:
PHILADELPHIA HOUSING AUTHORITY, :
et al. : NO. 19-272

ORDER

AND NOW, this 11th day of June, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendants for a confidentiality order (Doc. # 18) is GRANTED; and

(2) the countermotion of plaintiff to compel (Doc. # 19) is DENIED without prejudice; and

(3) the motion of plaintiff for leave to file a supplemental opposition response (Doc. # 20) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.