IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOISE JEROME | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA HOUSING AUTHORITY, et al. | : | NO. 19-272 |

ORDER

AND NOW, this 13th day of January, 2020, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants for summary judgment (Doc. # 32) is GRANTED; and

(2) the motion of plaintiff for leave to amend the complaint (Doc. # 37) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.